IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 4:23-cr-6-AW-MAL
4:24-cv-417-AW-MAL

**KESHAWN JAMARLIN ROBINSON,**

Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Defendant filed a § 2255 motion, but his direct appeal remains pending. The magistrate judge thus recommends dismissal without prejudice. ECF No. 80. Defendant has not filed any objection.

I agree with the magistrate judge. This court lacks jurisdiction to address the § 2255 motion while Defendant's direct appeal remains pending. *See United States v. Dunham*, 240 F.3d 1328, 1329 (11th Cir. 2001). The court will thus dismiss. When the appeal concludes, Defendant may file a new § 2255 motion.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2255 motion is dismissed for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on November 14, 2024.

s/ *Allen Winsor*
United States District Judge